ACCEPTED
14-15-00707-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/8/2016 9:25:21 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00707-CR

| | |
|---|---|
| ELENA ANTOINETTE BRADFORD, <br> **APPELLANT** | IN THE COURT OF APPEALS <br><br> FOURTEENTH <br> JUDICIAL DISTRICT |
| V. | |
| THE STATE OF TEXAS, <br> **APPELLEE** | HOUSTON, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/8/2016 9:25:21 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of FAILURE TO REPORT CHILD ABUSE, and was sentenced on 8/18/2015. The trial case was styled as *State of Texas v. Elena Antoinette Bradford*, in County Court at Law #1 of Galveston County, Texas, Cause No. MD-348870. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 4/13/2016.

2. The present due date for filing the State's brief is 7/13/2016.

3. This is the State's second motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 7/27/2016.

5. The State requests this extension not for delay but because during the last thirty days, the undersigned attorney for the State:

1

- Completed a reply brief on *Luis Eduardo Lara v. State*, 14-15-00581-CR, 14-15-00582-CR, 14-15-00583-CR, filed on 6/1/2016

- Supervised a reply brief on *Bretton Fox v. State*, 01-15-00986-CR, filed on 6/13/2016.

- Supervised a reply brief on *Marcos Jimenez v. State*, 01-15-00501-CR & 01-15-00506-CR, filed on 6/15/2016.

- Supervised a reply brief on *John Davis Campbell v. State*, 01-16-00131-CR, filed on 6/16/2016.

- Completed a reply brief on *Michael Enriquez v. State*, 01-15-00893-CR, filed on 6/17/2016.

- Completed a reply brief on *Darryl Evans v. State*, 01-15-00455-CR, filed on 6/27/2016.

- Supervised a reply brief on *Marshall Darnell Joshua v. State*, 01-15-01060-CR, filed on 7/7/2016.

- Is solely responsible for all Post-Conviction Writs of Habeas Corpus for Galveston County and completed 4 post-conviction writ answers on case numbers: 07-CR-3271-83-1 *(Jesse Berry)*; 15-CR-1097-83-1 *(James Hannington)*; 12-CR-0628-83-1 *(Troy Marcel)*; 12-CR-2884-83-1 *(Juan Munera-Ortega)*.

- The undersigned attorney also was responsible for gathering the initial discovery for *Marcus Shuff* (10-CR-0506) & *Robert Villanueva* (08-CR-3051). Both cases are in the early stages of possible post-conviction DNA litigation.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until July 27, 2016.

2

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

/s/ *Rebecca Klaren*
REBECCA KLAREN
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24046225
rebecca.klaren@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 354 words.

/s/ *Rebecca Klaren*
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was emailed via eFiling e-service to Greg Russell, attorney for Appellant, greg@gnrlaw.com on July 8, 2016.

/s/ *Rebecca Klaren*
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

# AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on July 8, 2016, appeared Rebecca Klaren, who by me duly sworn did depose and state on oath the following:

"I, Rebecca Klaren, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on July 8, 2016.

HEATHER GRUBEN
Notary Public, State of Texas
My Commission Expires
May 06, 2019

NOTARY PUBLIC in and for
the State of Texas

4